No. 26-7231

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**UNITED STATES OF AMERICA,**
*Plaintiff-Appellant*,

v.

**STATE OF CALIFORNIA; SHIRLEY N. WEBER**, in her official capacity as California Secretary of State; **DEAN C. LOGAN**, in his official capacity as the County of Los Angeles – Registrar-Recorder/County Clerk,
*Defendants-Appellees*,

and

**SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK**; **MI FAMILIA EN ACCIÓN**; **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**; **NAACP**; **NAACP CALIFORNIA/HAWAII STATE CONFERENCE**,
*Intervenor-Defendants-Appellees.*

On Appeal from the United States District Court
for the Central District of California
No. 2:26-cv-12025-DOC-ADS

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT UNITED STATES OF AMERICA'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF PENDING APPEAL**

Justin G. Reden
REDEN | RIDDELL
16885 Via Del Campo Court, Suite 320
San Diego, CA 92127
(619) 758-3869
jreden@redenriddell.com

*Counsel for Amicus Curiae*
*America First Policy Institute*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Circuit Rule 29-2(b), the America First Policy Institute ("AFPI") respectfully seeks leave to file the accompanying amicus brief supporting Plaintiff-Appellant United States of America's emergency motion for injunctive relief pending appeal.

Leave to file should be granted because *amicus* has a strong interest in Election Integrity and defending the public interest matters at play in this case. amici is a nonprofit, nonpartisan research institute dedicated to advancing policies that put the American people first. AFPI's guiding principles include liberty, free enterprise, the rule of law, an America-first foreign policy, and the belief that American workers, families, and communities are the key to the nation's success.

AFPI develops policy concerning election administration, public accountability, and the protection of lawful voters, and regularly participates as amicus curiae in litigation involving election integrity,[1] federalism,[2] voter-list

---

[1] *See* Brief of the America First Policy Institute as Amicus Curiae in Support of Designated Appellees at 4–6, 9–20, *McLinko v. Commonwealt*h, Nos. 14–15 MAP 2022 (Pa. Feb. 24, 2022) (discussing election-integrity reforms, mail-ballot safeguards, and public confidence in elections).

[2] *See* Brief of the America First Policy Institute as Amicus Curiae in Support of Petitioners at 15–16, *West Virginia v. EPA*, Nos. 20-1530, 20-1531, 20-1778 & 20-1780 (U.S. Dec. 20, 2021) (arguing that the federalism canon requires clear congressional authorization before federal agencies intrude on traditional state authority).

maintenance[3], and the interaction between federal election statutes and state election-administration authority.[4]

As part of its mission, AFPI houses the Center for Election Integrity, which conducts research, educates stakeholders, and develops policies that make it easy to vote but hard to cheat. AFPI's work includes research, model legislation, implementation guidance, and commentary concerning voter identification, citizenship verification, voter-list maintenance, election observation, and election-record retention. This work gives AFPI a substantial interest in ensuring that election procedures protect lawful voters and permit meaningful verification of voter eligibility before ballots are irreversibly commingled.

AFPI's brief addresses the equitable and public-interest considerations supporting temporary sequestration of the identified ballots while citizenship is verified. The proposed brief discusses existing procedures for preserving ballots pending eligibility determinations and explains why preserving the ability to count eligible voters' ballots, while preventing the irreversible counting of ineligible voters' ballots, serves the interests of lawful voters and public confidence in

---

[3] *See* Brief of Amicus Curiae America First Policy Institute in Support of Petitioner at 13–14, Republican National Committee v. Mi Familia Vota, No. 25-1017 (U.S. Sept. 3, 2026) (addressing continuing voter-list maintenance, governmental database comparisons, and safeguards against erroneous eligibility determinations).

[4] *See id.* at 10–14 (discussing the NVRA, HAVA, and Arizona's authority to verify citizenship through its voter-registration and list-maintenance systems).

election administration. Its focused discussion would assist the Court in evaluating the practical consequences of granting or denying emergency injunctive relief and the importance of preserving a meaningful remedy while eligibility questions are resolved.

## PRAYER

For the reasons stated above, AFPI's motion for leave to file a brief as amicus curiae in support of Plaintiff in the above captioned matter should be granted.

Dated: October 29, 2026

Respectfully submitted,

/s/ Justin G. Reden
Justin G. Reden
REDEN | RIDDELL
16885 Via Del Campo Court, Suite 320
San Diego, CA 92127
(619) 758-3869
jreden@redenriddell.com

*Counsel for Amicus Curiae*
*America First Policy Institute*