C A L I F O R N I A
DEPARTMENT OF JUSTICE

**Rob Bonta**
***Attorney General***

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013-1230

Public: (213) 269-6000
Telephone: (213) 269-6693
E-Mail: Samuel.Siegel@doj.ca.gov

October 29, 2026

Molly Dwyer, Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA

RE: *United States of America v. State of California, et al.*, No. 26-7231

Dear Ms. Dwyer,

In this matter, plaintiff previously took an appeal from the district court's purported "constructive denial" of its request for a temporary restraining order and asked for an injunction pending appeal. *See United States v. California*, No. 26-7070, Dkt. 67.1 at 1, 6. This Court dismissed that appeal for lack of appellate jurisdiction. *Id.* at 2. The matter returned to the district court, which denied plaintiff's TRO request. D. Ct. Dkt. 149. Plaintiff then filed this appeal, D. Ct. Dkt. 152, and now again seeks an injunction pending appeal. The district court has set a preliminary injunction hearing for November 13. D. Ct. Dkt. 159.

Ordinarily, denials of TROs are not appealable unless "the circumstances render the denial tantamount to the denial of a preliminary injunction." *Babaria v. Blinken*, 87 F.4th 963, 975 (9th Cir. 2023); *see also* 28 U.S.C. § 1292(a)(1). Among other considerations, this Court has sometimes entertained appeals from grants or denials of TROs in "extraordinary circumstances." *E.g.*, *Washington v. Trump*, 847 F.3d 1151, 1158 (9th Cir. 2017) (per curiam). Plaintiff asserts that this appeal involves an "emergency," Mot. 15, but the Court previously concluded that plaintiff's "claimed emergency, at least in part, is a self-constructed one." *California*, No. 26-7070, Dkt. 67.1 at 15; *see also id.* at 12-14. Even if this Court had jurisdiction over this appeal, under these circumstances state defendants respectfully submit that there is no need for further briefing and argument, and the motion should be denied for the reasons explained by Judges Bennett and Sanchez in their concurrences in the prior appeal. If helpful, state defendants stand ready to oppose the motion on a schedule directed by the Court.

Sincerely,

*/s/ Samuel P. Siegel*

SAMUEL SIEGEL
Supervising Deputy Solicitor General

For ROB BONTA
Attorney General