**No. 26-7231**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

United States of America,
*Plaintiff-Appellant*,

v.

State of California, *et al.*,
*Defendants-Appellees.*

and

Services, Immigrant Rights and Education Network, *et al.*,
*Intervenor-Defendants-Appellees*

*On Appeal from the United States District Court for the Central District of California, Case No. 2:26-cv-12025-DOC-ADS*

# MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER GOVERNORS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLEES

Andrew J. Rising
Carlos Guevara
Candice Cho
GOVERNORS SAFEGUARDING DEMOCRACY
2300 North Street, NW, Suite 501A
Washington, D.C. 20037
Telephone: (213) 933-2126

Julia Spiegel
Emily Kirby
Charanya Krishnaswami
Megan Flynn
GOVERNORS ACTION ALLIANCE
2300 North Street, NW, Suite 501A
Washington, D.C. 20037
Telephone: (301) 450-3151

Carey R. Dunne
*Counsel of Record*
Mónica Folch
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604
carey@freeandfair.org

Pursuant to Federal Rule of Appellate Procedure 29, Governors Neil Abercrombie, Jerry Brown, Kate Brown, Steve Bullock, Arne Carlson, Chet Culver, Gray Davis, Mark Dayton, Jim Doyle, Parris Glendening, Jennifer Granholm, Bill Graves, Gary Lock, Jack Markell, Terry McAuliffe, Janet Napolitano, Martin O'Malley, Deval Patrick, Pat Quinn, Marc Racicot, Bill Ritter Jr., Kathleen Sebelius, Steve Sisolak, Eliot Spitzer, Tom Vilsack, Bill Weld, Christine Todd Whitman, and Tom Wolf respectfully move this Court for leave to file the proposed amicus curiae brief.

Courts have "broad discretion" regarding the appointment of amici curiae. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995). Amicus briefs are "frequently welcome" when they "concern[] legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotations and citations omitted). Amici "must merely make a showing that [their] participation is useful or

otherwise desirable to the court." *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (internal quotations and citations omitted).

Amici curiae are a bipartisan group of former governors who served as their states' chief executives and, in that capacity, were among those responsible for the administration of elections in their respective states. In those roles, amici exercised the substantial authority delegated to the states by the Elections Clause and ensured the integrity and efficiency of state and federal elections within their states.

The former governors represent diverse political affiliations, geographies, and tenures, yet are unified in their support for Defendants-Appellees in this case. Amici submit that the relief sought by the federal executive in this case offends the Constitution's careful balance of state and federal authority, undermines state executives' ability to ensure free and fair elections within their states, and breaks with a long tradition of cooperation between Congress and the states concerning election administration.

All the requirements for an amicus brief have been satisfied. No party's counsel authored the brief in whole or in part. No person other

than amici or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). Counsel for amici sought consent of all parties in connection with this amicus brief: Defendants-Appellees do not oppose, Plaintiff-Appellant takes no position, and Intervenors-Appellees consent.

Amici respectfully request that this Court grant leave to file the proposed amicus brief.

DATED: October 29, 2026

Andrew J. Rising
Carlos Guevara
Candice Cho
GOVERNORS SAFEGUARDING DEMOCRACY
2300 N. St., NW, Suite 501A
Washington, D.C. 20037

Julia Spiegel
Emily Kirby
Charanya Krishnaswami
Megan Flynn
GOVERNORS ACTION ALLIANCE
2300 N. St., NW, Suite 501A
Washington, D.C. 20037

*/s/ Carey R. Dunne*
Carey R. Dunne
*Counsel of Record*
Mónica Folch
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018

*Counsel for Bipartisan Former Governors*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because it was prepared in Century Schoolbook 14-point font, a proportionally spaced typeface that includes serifs, and the brief is set in a plain, roman style, with case names italicized. This motion complies with the type volume limits of Rule 27(d)(2).

DATED: October 29, 2026

*/s/ Carey R. Dunne*
Carey R. Dunne

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Leave to File Amicus Curiae Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

DATED: October 29, 2026

*/s/ Carey R. Dunne*
Carey R. Dunne