No. 26-7231

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

UNITED STATES OF AMERICA,

*Plaintiff - Appellant*,

v.

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; MI FAMILIA EN ACCION; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; CALIFORNIA-HAWAII STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

*Intervenors - Appellees*,

STATE OF CALIFORNIA; SHIRLEY WEBER, PH.D., in her official capacity as the California Secretary of State; DEAN LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

*Defendants - Appellees*.

---

On Appeal from the United States District Court
for the Central District of California
The Honorable David O. Carter, District Judge
Case No. 2:26-cv-12025-DOC-ADS

---

# MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE FORMER ATTORNEYS FOR THE DEPARTMENT OF JUSTICE IN SUPPORT OF DEFENDANTS-APPELLEES

---

Wendy R. Weiser
Sean Morales-Doyle
Andrew B. Garber
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Christine Berger
Maura Eileen O'Connor
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190

Brian A. Sutherland
COMPLEX APPELLATE
LITIGATION GROUP LLP
96 Jessie Street
San Francisco, CA 94105
(415) 649-6700
brian.sutherland@calg.com

*Attorneys for Amici Curiae*
*Former Attorneys for the Department of Justice*

# MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE FORMER ATTORNEYS FOR THE DEPARTMENT OF JUSTICE IN SUPPORT OF DEFENDANTS-APPELLEES

Proposed amici curiae former attorneys for the Department of Justice ("DOJ" or "the Department"), by and through their undersigned counsel, respectfully move the Court for leave to file the Brief of Amici Curiae Former Attorneys for the Department of Justice in Support of Defendants-Appellees. The proposed brief will assist the Court in deciding Plaintiff-Appellant United States' Emergency Motion Under Circuit Rule 27-3 for Injunction Pending Appeal, ECF No. 28, by providing a perspective not offered by the parties. A list of proposed amici curiae appears as an addendum to this motion and as an addendum to the proposed brief.

Amici have prosecuted criminal cases in district courts across the country, conducted civil and criminal investigations, defended the United States in civil actions, and represented it in appeals. Amici include DOJ senior leaders who have been appointed and served in Republican and Democratic administrations and career attorneys and leaders who have served in the Department across six decades. All amici are deeply interested in upholding the constitutional values reflected in DOJ policy, which include a policy against DOJ interference with state administration of elections.

The proposed brief provides a unique perspective by presenting relevant DOJ policies and explaining how DOJ's conduct in this case constitutes a major departure from those policies. First, the proposed brief explains that DOJ typically ensures that it has clear authority before bringing an enforcement action, especially against a sovereign State, but lacks any such clear authority here. Second, the proposed brief describes how this lawsuit violates DOJ's policies against taking overt actions on election investigations close to elections. This violation risks injecting the investigation itself as an issue in the election, as well as creating burdens for election administrators and confusion for voters. Third, the proposed brief explains how DOJ's departure from normal investigatory practices risks disenfranchising eligible voters.

Proposed amici curiae are filing this motion promptly in light of the expedited schedule entered by the Court. ECF No. 30. Filing the proposed brief will not delay resolution of the pending motion filed by the United States, and the brief complies with the length and format requirements of Federal Rule of Appellate Procedure 29(a). No party or party's counsel authored this brief in whole or in part, and no person, other than amici curiae and their counsel, contributed money intended to fund the preparing or submitting of this brief.

Proposed amici curiae conferred with counsel for all parties before filing this motion. Defendant-Appellee Dean Logan and Intervenor-Defendants-Appellees Services, Immigrant Rights and Education Network and Mi Familia en Accion, and Intervenor-Defendants-Appellees NAACP, NAACP California-Hawaii State Conference, and League of United Latin American Citizens consented. Plaintiff-Appellant the United States and Defendant-Appellees State of California and Shirley N. Weber took no position.

For these reasons, proposed amici curiae respectfully request that the Court grant leave to file the proposed Brief of Amici Curiae Former Attorneys for the Department of Justice in Support of Defendants-Appellees.

October 30, 2026

Respectfully submitted,

By: s/ Brian A. Sutherland
Brian A. Sutherland
COMPLEX APPELLATE LITIGATION GROUP LLP
96 Jessie Street
San Francisco, CA 94105
(415) 649-6700
brian.sutherland@calg.com

Wendy R. Weiser
Sean Morales-Doyle
Andrew B. Garber
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Christine Berger
Maura Eileen O'Connor
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190

*Attorneys for Amici Curiae Former Attorneys for the Department of Justice*

# Addendum

## ADDENDUM:

### Identity of Amici[1]

1. **Bruce L. Adelson**, Senior Trial Attorney, Voting Section, Civil Rights Division (2000-2005), Attorney-Advisor, Federal Coordination and Review Section, Civil Rights Division (2005-2006)
2. **Daniel R. Anderson**, Deputy Director, Fraud Section, Civil Division (2016-2019); Assistant Director, Fraud Section, Civil Division (2013-2016); Special Counsel for Health Care Fraud, Civil Division (1999-2013); Trial Attorney, Fraud Section, Civil Division (1996-1999)
3. **Donald Ayer**, Deputy Attorney General (1989-1990); Principal Deputy Solicitor General (1986-1988); U.S. Attorney for the Eastern District of California (1982-1986); Assistant U.S. Attorney, Northern District of California (1977-1979)
4. **Jonathan L. Backer**, Attorney, Appellate Section, Civil Rights Division (2021-2025)
5. **Samuel Bagenstos**, Principal Deputy Assistant Attorney General, Civil Rights Division (2010-2011), Deputy Assistant Attorney General, Civil Rights Division (2009), Trial Attorney, Appellate Section, Civil Rights Division (1994-1997)
6. **Lema Bashir**, Trial Attorney, Civil Rights Division (2007-2025)
7. **Barbara Bosserman**, Deputy Chief (Cold Case and Legal Research Units), Civil Rights Division, Criminal Section (2017-2025), Senior Legal Counsel (2008-2025), Trial Attorney 2006-2006 (including detail to E.D. Louisiana), Attorney Advisor (2000-2006)
8. **Julia A. Caroff**, Assistant U.S. Attorney (1989-2015), U.S. Attorney's Office for the Eastern District of Michigan.
9. **Kelsi Brown Corkran**, Attorney, Appellate Staff, Civil Division (2006-2012)

---

[1] Affiliations are listed for institutional identification only.

10. **Subodh Chandra**, Assistant U.S. Attorney, U.S. Attorney's Office for the Northern District of Ohio (1999-2002)
11. **Ty Cobb**, Special White House Counsel (2017-2018), Assistant U.S. Attorney (1980-1986), U.S. Attorney's Office for the District of Maryland, Chief of the Criminal Division and Mid-Atlantic Regional Coordinator, Organized Crime Drug Enforcement Task Force (1983-1986)
12. **Clare Connors**, United States Attorney (2022-2025), District of Hawaii; Assistant U.S. Attorney (2005-2011), U.S. Attorney's Office for the District of Hawaii; Trial Attorney (2003-2004), Tax Division
13. **Kelsi Corkran**, Attorney, Appellate Staff, Civil Division (2006-2012)
14. **Martin Cronin**, Deputy Chief, Criminal Division, U.S. Attorney's Office for the District of New Jersey (1996-1999), Assistant U.S. Attorney (1989-1996)
15. **Ryan Crosswell**, Trial Attorney, Public Integrity Section (2020-2025); Assistant U.S. Attorney, Southern District of California (2017-2020), Assistant U.S. Attorney, Middle District of Louisiana (2014-2017)
16. **John Farmer**, Assistant U.S. Attorney (1990-94)
17. **Diana K. Flynn**, Chief, Appellate Section, Civil Rights Division (1986-2018), Attorney, Civil Rights Division (1984-1986)
18. **Gregory Friel**, Deputy Assistant Attorney General, Civil Rights Division (2012-2022); Special Litigation Counsel, Appellate Section (2006-2011); Attorney, Appellate Section (1992-2006); Trial Attorney, Civil Rights Division (1989-1992)
19. **Harriett Galvin**, Assistant U.S. Attorney, Appellate Division, (1987-2015), U.S. Attorney's Office for the Southern District of Florida
20. **Peter R. Ginsberg**, Assistant U.S. Attorney (1984-992), U.S. Attorney's Office, Eastern District of New York
21. **Raymond Granger**, Assistant United States Attorney (1992-1998), U.S. Attorney's Office for the Eastern District of New York

22. **Roger Haines**, Assistant U.S. Attorney, U.S. Attorney's Office for the Southern District of California (1978-2007)
23. **Lynn Helland**, Supervisory Assistant U.S. Attorney (1989-2017), Assistant U.S. Attorney (1982-1989), U.S. Attorney's Office for the Eastern District of Michigan
24. **Robert Kengle**, Deputy Chief (1999-2005), Special Counsel (1996-99), Trial Attorney (1984-1996), Voting Section
25. **Bill Killian**, United States Attorney for the Eastern District of Tennessee (2010-2015)
26. **Loretta King**, Deputy Assistant Attorney General, Civil Rights Division (1994-2011); Deputy Chief, Voting Section, Civil Rights Division (1992-1994); Trial Attorney, Torts Branch, Civil Division (1990-1992); Trial Attorney, Employment Litigation Section, Civil Rights Division (1981-1990)
27. **Philip Allen Lacovara**, Assistant to the Solicitor General (1967-1969), Deputy Solicitor General (1972-1973), Counsel to the Watergate Special Prosecutor (1973-1974)
28. **Tim Lambert**, Trial Attorney, Voting Section (2001-2004)
29. **Jesse Laslovich**, United States Attorney, District of Montana (2022-2025)
30. **Brian Legghio**, Assistant United States Attorney (1982-1989) for the Eastern District of Michigan
31. **Andrew Levchuk**, Senior Trial Attorney, Public Integrity Section, Criminal Division (2007-2011); Senior Counsel, Computer Crime and Intellectual Property Section (2005-2007)
32. **Jim Lewis**, United States Attorney, Central District of Illinois (2010-2016)
33. **Ellyn Lindsay**, Assistant U.S. Attorney for the Central District of California (1987-2015), Honor Graduate, U.S. Department of Justice, Criminal Division (1985-1987)
34. **Jasmine Lott**, Trial Attorney, Civil Rights Division (2017-2025)
35. **Mary McCord**, Acting Assistant Attorney General for National Security (2016-2017); Principal Deputy Assistant Attorney General for National Security (2014-2016)

36. **John McKay**, United States Attorney for the Western District of Washington (2001-2007)
37. **Barbara L. McQuade**, U.S. Attorney (2010-2017), U.S. Attorney's Office for the Eastern District of Michigan
38. **Mildred E. Methvin**, Assistant U. S. Attorney (1979-1981), U. S. Attorney's Office for the Western District of Louisiana; U. S. Magistrate Judge (1983-2009), U. S. District Court for the Western District of Louisiana
39. **Robert J. Moossy, Jr.**, Deputy Assistant Attorney General for Civil Rights (2015-2025), Chief, Criminal Section of the Civil Rights Division (2009-2015)
40. **Steven Mulroy**, U.S. Department of Justice (1991-2000); Trial Attorney, Voting Section (1991-1995)
41. **A. Carley Palmer**, General Crimes Section Deputy Chief (2021-2023) and Assistant U.S. Attorney (2016-24), U.S. Attorney's Office for the Central District of California
42. **Janet L. Parker**, U.S. Attorney's Office for the Eastern District of Michigan (1985-2020)
43. **Carter G. Phillips**, Assistant to the Solicitor General (1981-1984), Office of the Solicitor General
44. **Mark Posner**, Special Counsel, Civil Rights Division (1988-1995); Trial Attorney, Civil Rights Division (1980-1987, 1996-2003)
45. **Gary Restaino**, U.S. Attorney for the District of Arizona (2021-2025); Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (2022)
46. **Joe Rich**, Chief, Attorney, Voting Section (1999-2005); Attorney, Civil Rights Division (1968-1999)
47. **Bob Rush**, Trial Attorney (1970-1973), Voting Section, Civil Rights Division; Special Assistant U.S. Attorney (1973), U.S. Attorney's Office for the District of Columbia
48. **Sarah Saldaña**, U.S. Attorney (2011-2014), U.S. Attorney's Office for the Northern District of Texas
49. **Jocelyn Samuels**, Acting Assistant Attorney General for Civil Rights and Principal Deputy Assistant Attorney General for Civil Rights (2011-2014), Civil Rights Division, U.S. Department of Justice

50. **Sheila Sawyer**, Assistant U.S. Attorney (1992-2001, 2014-2025), U.S. Attorneys' Offices for the Districts of Massachusetts and Maine
51. **Robert Steinberg**, Senior Assistant U.S. Attorney, S.D. Ohio (1968-1978)
52. **Anne Tompkins**, U.S. Attorney, Western District of North Carolina (2010-2015)
53. **Michael J. Tuteur**, Assistant U.S. Attorney (1991-1994), U.S. Attorney's Office for the District of Massachusetts
54. **S. Lane Tucker**, U.S. Attorney (2022-2025), U.S. Attorney's Office for the District of Alaska
55. **Stanley A. Twardy, Jr.**, United States Attorney for the District of Connecticut (1985-1991)
56. **Joyce Vance**, U.S. Attorney (2009-2017); Assistant U.S. Attorney (1991-2009), U.S. Attorney's Office for the Northern District of Alabama
57. **John Vandreuil**, U.S. Attorney (2010-2017), Assistant U.S. Attorney (1980-2010), Western District of Wisconsin
58. **John Warshawsky**, Senior Trial Counsel and Trial Attorney (1990-2008 and 2010-2014), Civil Division
59. **Seth Wayne, Trial Attorney**, Special Litigation Section, Civil Rights Division (2016-2017)
60. **Bill Yeomans**, Acting Assistant Attorney General (2000), Chief of Staff (1996-2000), Counsel to the Assistant Attorney General (1994-1996), Deputy Chief, Criminal Section (2002-2005), and Trial Attorney, Appellate Section (1981-1994), Civil Rights Division