**(ORDER LIST: 610 U.S.)**

**MONDAY, NOVEMBER 2, 2026**

**ORDER IN PENDING CASE**

26A624 UNITED STATES V. CALIFORNIA, ET AL.

The application for injunction pending appeal presented to Justice Kagan and by her referred to the Court is denied.