No. 26-7231

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**UNITED STATES OF AMERICA**,
*Plaintiff-Appellant*,

v.

**STATE OF CALIFORNIA; SHIRLEY N. WEBER**, *in her official capacity as California Secretary of State*; **DEAN C. LOGAN**, *in his official capacity as the County of Los Angeles – Registrar-Recorder/County Clerk*,
*Defendants-Appellees,*

and

*Services, Immigrant Rights and Education Network, Mi Familia en Accion, League of United Latin American Citizens, NAACP, and NAACP California/Hawaii State Conference, NAACP Los Angeles Branch,*
*Intervenor-Defendants-Appellees,*

Appeal from the United States District Court
for the Central District of California
No. 2:26-cv-12025-DOC-ADS

# PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL

TODD BLANCHE
*Attorney General*
R. TRENT MCCOTTER
*Acting Deputy Attorney General*
JOHN K. ADAMS
*Associate Deputy Attorney General*
ANDREW M. DARLINGTON
*Counsel to the Assistant Attorney General*
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
*First Assistant United States Attorney*
JULIE A. HAMILL
*Assistant United States Attorney*
J. ROBERT RENNER
*Assistant United States Attorney*
300 N. Los Angeles St., Ste. 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov
Attorneys for Plaintiff-Appellant
United States of America

## MOTION TO DISMISS APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Plaintiff-Appellant hereby moves to voluntarily dismiss this appeal. Defendants-Appellees and Intervenor-Defendants-Appellees consent to dismissal but have reserved the right to seek costs and fees.

Dated: November 17, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

*/s/ Julie A. Hamill*

JULIE A. HAMILL
Assistant United States Attorney
J. ROBERT RENNER
Assistant United States Attorney

Attorneys for Plaintiff-Appellant
United States of America