UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants – Appellees,

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors – Appellees.

No. 26-7231

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Before: BENNETT, BUMATAY, and SANCHEZ, Circuit Judges.

Plaintiff-Appellant moved to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). Dkt. No. 63. The motion states that "Defendants-Appellees and Intervenor-Defendants-Appellees consent to dismissal but have reserved the right to seek costs and fees." *Id.*

The motion to dismiss is GRANTED without prejudice to Defendants-Appellees and Intervenors-Appellees seeking costs and fees. This order serves as the mandate of the court.